AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00216 |
| Jahari Shujaa Garrett | ) Assigned To: Judge Sharbaugh, Matthew J. |
| DOB: XXXXXX | ) Assign. Date: 9/11/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 10, 2025__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) and (b) | Assaulting a federal officer with a deadly weapon. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*David Holt* (signature)

*Complainant's signature*

David Holt, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/11/2025

*Judge's signature*

City and state: Washington, D.C.     Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*