Case 1:25-mj-00216-MJS     Document 1-1

Case: 1:25-mj-00216
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 9/11/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF OFFENSE**

1.      In the afternoon of September 10, 2025, members of the Executive Order 14252 Task Force were patrolling in the Northeast quadrant of Washington, D.C. Task force members included law enforcement officials with the U.S. Park Police, Federal Bureau of Investigation, and U.S. Marshals Service. They were driving unmarked police cruisers equipped with emergency lights and sirens, and they were wearing plainclothes with vests prominently displaying law enforcement identifiers such as "POLICE," "FBI," and "US Marshal."

2.      At around 2:00pm, task force members spotted a black Honda Accord near the intersection of Bladensburg Road NE and Maryland Avenue NE. The Accord had heavily tinted windows—so heavily tinted that task force members could not make out the silhouettes of any occupants. The task force members knew that D.C. municipal code prohibited such heavily tinted windows.

3.      In addition, the Accord bore what task force members recognized to be counterfeit or fraudulently issued Georgia temporary license plates. U.S. Park Police Officers Kevin Brennan and Christian Callahan had encountered legitimate Georgia temporary license plates numerous times. They knew that legitimate Georgia temporary license plates are issued on rectangular white stickers affixed to mounting boards, bear an embossed gold seal and an associated control number in the lower right-hand corner, and have a Georgia state seal watermark. The Accord's supposed license plate was inconsistent with these characteristics. The Accord's supposed license plate was also laminated, which is a violation of D.C. municipal code.

4.      Based on the violations of D.C. municipal code and suspected counterfeit license plates, Officers Brennan and Callahan decided to initiate a traffic stop. Before they did so, however, the Accord's driver began accelerating away. Officers Brennan and Callahan then attempted to initiate a traffic stop by activating their vehicle's emergency lights and sirens, but the Accord fled rapidly. Task force members pursued the Accord as it disregarded numerous traffic signals, drove on the wrong side of traffic, and drove at speeds more than 30 miles per hour above the posted speed limit.

5.      Eventually, the Accord slowed in heavy traffic westbound on New York Avenue NE before Florida Avenue NE. Several task force members got out of their police cruisers—some with weapons drawn—to effectuate a stop of the Accord. As task force members approached within a few feet of the Accord, the driver reversed and reoriented the car, prompting the task force members to back away from it quickly. The Accord then sped away as traffic cleared.

6.      Task force members returned to their police cruisers and reengaged pursuit. The Accord again disregarded traffic control devices and speed limits. After about three minutes, the Accord slowed in traffic near the intersection of Rhode Island Avenue and T Street NW. Task force members attempted to surround the Accord to prevent its escape with U.S. Park Police Officers Brennan and Callahan pulling their cruiser behind it. As Officer Callahan got out of the cruiser

from the passenger side, the Accord reversed and hit the cruiser, causing Officer Callahan to stumble backward. The Accord then sped forward and rammed a civilian's box truck before speeding away.

7. Task force members again resumed pursuit of the Accord. The Accord continued to disregard traffic control devices and speed limits—even speeding through alleyways at times—to evade the task force members.

8. Eventually, the driver jumped out near Clermont Drive NE and Allison Street NW and began to run away before Deputy U.S. Marshals used a taser to subdue him. Task force members then identified the driver as Jahari Shujaa Garrett. Garrett did not have a driver's license. The Accord was impounded, and an inventory search uncovered two Maryland license plates that had been reported stolen.

9. I submit that probable cause exists to charge Jahari Shujaa Garrett with using a deadly or dangerous weapon—namely, a car—to forcibly assault, resist, oppose, impede, intimidate, or interfere with federal law enforcement officers engaged in the performance of official duties in violation of 18 U.S.C. § 111(a)(1) and (b).

Respectfully submitted,

David Holt
Special Agent, Credential #22366
Federal Bureau of Investigation

Subscribed and sworn by telephone pursuant to Federal Rule of Criminal Procedure 4.1 on September 11, 2025.

_____
MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE